# D

# CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF NEW YORK

Page 1 of 2

| THE PEOPLE OF THE STATE OF NEW YORK | FELONY |
|---|---|
| -against- | ADA LUCEY |
| | 212-335-9279 |
| 1. Johannes Meran (M 26) | |
| 2. Willy Ulerio (M 28) | |
|  806426 |  PART F |
| Defendants. | |

Police Officer Michael Carsey, shield 29056 of the Manhattan North Impact Response Team, states as follows:

On October 10, 2007, at about 01:30 hours at 505 WEST 162 ST NYC NY in the County and State of New York, the Defendants committed the offenses of:

1. PL265.03(1)(b)   Criminal Possession of a Weapon in the Second Degree
   (defendant #1: 1 count)
   (defendant #2: 1 count)
2. PL265.03(3)   Criminal Possession of a Weapon in the Second Degree
   (defendant #1: 1 count)
   (defendant #2: 1 count)
3. PL221.25   Criminal Possession of Marijuana in the Second Degree
   (defendant #1: 1 count)
   (defendant #2: 1 count)

the defendants possessed a loaded firearm with intent to use it unlawfully against another; the defendants possessed a loaded firearm outside of his home and place of business; and the defendants knowingly and unlawfully possessed a substance containing marijuana and the preparations, compounds, mixtures and substances are of an aggregate weight of more than sixteen ounces.

The offenses were committed under the following circumstances:

Deponent states that he observed defendant Ulerio in the driver's seat and defendant Meran in the passenger seat of van double parked at the above location, and that deponent is informed by Police Officer Perez, of the Manhattan North Impact Response Team, that informant recovered a fully loaded 22 caliber revolver from the driver side, and a bag containing more than 16 ounces of marijuana from floor of said van.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 2 of 2

| THE PEOPLE OF THE STATE OF NEW YORK<br>-against-<br><br>1. Johannes Meran (M 26)<br>2. Willy Ulerio (M 28)<br><br>Defendants. | FELONY<br>ADA LUCEY<br>212-335-9279<br>
806426 |


PART F

Deponent further states that the above-described substance is in fact what it is alleged to be based upon information and belief, the source of which is as follows: his/her professional training as a police officer in the identification of drugs, his/her prior experience as a police officer in drug arrests, the odor emanating from the substance and observation of the packaging which is characteristic of this type of drug.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

_Michael H. Toasey_      10-10-07  1750
Deponent      Date and Time

ACT 5 Version 4.2.9 Created on 10/10/07 5:47 PM