# E

**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



CYRUS R. VANCE, JR.
DISTRICT ATTORNEY

October 15, 2010

Dear Mr. Brackley:

This letter is to notify you of information concerning Sergeant William Eiseman, shield number 00054, tax number 918999 and Police Officer Michael Carsey, shield number 29056, tax number 944022. At the time of the events in this case, Sergeant Eiseman and Police Officer Carsey were assigned to the Manhattan North Impact Response Team.

On June 30, 2010, Sergeant Eiseman was indicted by a Manhattan Grand Jury for two counts of Perjury in the First Degree, four counts of Offering a False Instrument for Filing in the First Degree, one count of Tampering with Physical Evidence and six counts of Official Misconduct. Police Officer Carsey was indicted for three counts of Perjury in the First Degree, one count of Offering a False Instrument for Filing in the First Degree, and one count of Official Misconduct.

These charges relate to various incidents in which Sgt. Eiseman participated in unlawful stops, detentions and/or searches of civilians and to situations in which he directed subordinates to falsify police paperwork in order to make the stops and searches appear legitimate. One such incident also involved Police Officer Carsey. Copies of the indictments are attached.

Sincerely,

Colleen S. Walsh
Assistant District Attorney
(212) 335-9199

Cc:   Hon. Judge Fitzgerald
      Supreme Court, Part 65