H

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, Willy ULERIO, Date of Birth 7/21/1979, SS# 129 78 5097, pursuant to NYCPL § 160.50[1][d], hereby designate ZACHARY W. CARTER, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled People of the State of New York v. Willy ULERIO, Docket No. or Indictment No. 05149-2007 in SUPREME Court, County of NEW YORK, State of New York, relating to my arrest on or about October 10, 2007, may be made available for use in Civil Action _____, _____ (S.D.N.Y.).

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

I further authorize the release of a list from the New York City Police Department that identifies all my prior arrests by date of arrest, charge(s) and disposition, including all sealed arrests.

X _____
SIGNATURE

STATE OF NEW YORK   )
                    : SS.:
COUNTY OF           )

On this 8th day of March, 2018 before me personally came Willy M. Ulerio to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

LETICIA SILVA
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01SI6335560
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES 01/19/20